DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT HEMMES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-1430

[November 30, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case No. 432012CF001110.

Valentin Rodriguez, Jr., West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE, J., and SINGHAL, RAAG, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***